# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

155899 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SCOTT ALLEN SMITH,
    Defendant-Appellant.

_____/

SC: 155899
COA: 336515
Allegan CC: 13-018392-FC

      On order of the Court, the motion to strike is DENIED. The application for leave to appeal the May 26, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

d0521